Kathryn Tassinari, OSB# 80115
Mark A. Manning, OSB# 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '09 JAN 30 14:31 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ARTHUR L. DAVIS, JR., )
)                Civil No. 07-6319-MO
)
vs. )
)                ORDER FOR PAYMENT OF ATTORNEY'S
MICHAEL J. ASTRUE, )               FEES PURSUANT TO EAJA
Commissioner of Social Security, )
)
Defendant. )

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted as full settlement of any and all claims for attorney fees under EAJA. Attorney fees in the sum of $4,218.71 is awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.  There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 30 day of Jan, 2009.

_____
U.S. District Judge

PRESENTED BY:

By: s/ Kathryn Tassinari
Kathryn Tassinari, OSB#80115
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA